UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DARWIN SADID MARTINEZ,**

    **Plaintiff,**

v.                                            Case No. 6:19-cv-2379-ACC-DCI

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

# ORDER

This cause is before the Court on Plaintiff's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 29) filed on May 26, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED (Doc. 30).

After an independent *de novo* review of the record in this matter, and noting that no objections were filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 4, 2021 (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] The Motion was unopposed. (Doc 29).

2. Plaintiff's Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 29) is hereby **GRANTED**.

3. The Court finds that the sum sought is reasonable and Richard A. Culbertson, Esq. is authorized to charge Plaintiff a reasonable fee in the amount of $13,843.58 for attorney's fees under 42 U.S.C. § 406(b).

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties